In the
UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF INDIANA,
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHERYL D. SQUIRES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CAUSE NO. 1:05-CV-1121-SEB-VSS ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

**JUDGMENT**

The Court, having this day issued its Entry in this Cause, hereby ORDERS, ADJUDGES, AND DECREES that the decision of the defendant denying the plaintiff's claim for Social Security disability benefits is REVERSED and the claim is REMANDED for reconsideration of the plaintiff's claim consistent with the Court's Entry.  This is a final judgment pursuant to the fourth sentence of 42 U.S.C. 405(g).

SO ORDERED   09/27/2006

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Patrick Harold Mulvany
E-mail: mulvany@onet.net

Thomas E. Kieper, Assistant United States Attorney
E-mail: tom.kieper@usdoj.gov