**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**


CHERYL D. SQUIRES,                                    )
                                                      )
                          Plaintiff,                  )
         vs.                                          )          1:05-cv-1121-SEB-VSS
                                                      )
MICHAEL J. ASTRUE, Commissioner                       )
 of the Social Security Administration,               )
                                                      )
                          Defendant.                  )


# O R D E R

     The plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act is **denied.**


Date:  05/14/2007

                                                              *Sarah Evans Barker*
                                              SARAH EVANS BARKER, JUDGE
                                              United States District Court
                                              Southern District of Indiana


Distribution:

Patrick H. Mulvany, 2506 Willowbrook Parkway, Suite 201, Indianapolis, IN 46205,
      mulvany@onet.net
Office of the United States Attorney, 10 West Market Street    Suite 2100,
      Indianapolis, IN   46204-3048